UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

John McGovern,
Plaintiff

    v.                                        C.A. No. 05-162T

Jo Anne B. Barnhart
Commissioner, Social Security
Administration,
Defendant

### O R D E R

    This matter is hereby referred to Magistrate Judge Lincoln D. Almond for Report and Recommendation pursuant to 28 U.S.C. § 636(b)(1)(B).


ENTER:                                           BY ORDER:


_____              _____
Ernest C. Torres                          Deputy Clerk
Chief Judge
Dated: 8/25/05