UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

JOHN MCGOVERN

                v.                        CA No. 05-162-S

JO ANNE B. BARNHART,
Commissioner, Social Security
Administration

### ORDER OF REMAND

This Court hereby accepts the following findings contained in the Magistrate Judge's Report and Recommendation dated January 13, 2006:

1. That the Administrative Law Judge's (ALJ's) assessment that plaintiff is able to perform a limited range of light work is supported by substantial evidence.

2. That the ALJ's conclusion that the plaintiff's claimed mental impairments are not "functionally limiting" is supported by the record.

3. That the case should be remanded for the sole purpose of determining whether the claimant's impairments prevent him from performing other work that exists in the national economy.

IT IS SO ORDERED,

/s/ Ernest C. Torres
Ernest C. Torres, Chief Judge
Date: July 24, 2006