UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

JOHN McGOVERN

        v.                        CA No. 05-162-T

JO ANNE B. BARNHART,
Commissioner of the Social
Security Administration

### ORDER GRANTING, IN PART, MOTION FOR ATTORNEYS' FEES

    Plaintiff's motion for attorneys' fees (Document No. 13) is hereby granted, in part, in te total amount of $2,185.50.

                                      By Order

                                      _/s/_____
                                      Deputy Clerk

ENTER:

_/s/ Ernest C. Torres_
Ernest C. Torres
Sr. U.S. District Judge

Date: 12/11/06